IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM DAVID LADUCA,

    Petitioner,                      No. CIV S-05-1995 FCD DAD P

    vs.

C.M. HARRISON, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus attacking his Sutter County conviction.  The petition was lodged in the United States District Court for the Central District of California on June 24, 2005, and has been transferred to the Eastern District of California pursuant to an order filed September 7, 2005, granting respondent's unopposed motion to transfer the petition.  The matter has been referred to the undersigned in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        On October 3, 2005, this court received a 51-page record that includes copies of the docket, documents 1 through 7, two clerk's notices, and the transmittal letter.  The 51-page record has been docketed as a single document titled "CASE TRANSFERRED IN."  The Clerk will be directed to file and docket as a separate document the 24-page habeas petition lodged in the Central District and docketed as document #1.

A review of the record reveals that petitioner was notified by the Central District court that his in forma pauperis application is incomplete. The Central District subsequently received from petitioner a copy of his prison trust account statement. The statement, which is dated July 21, 2005, and covers the period from January 1, 2005, through July 21, 2005, reflects that there was no activity in petitioner's account during that period and that petitioner had a negative balance of $165.55 owed for copies and postage. It does not appear that the Central District court made any further order concerning petitioner's in forma pauperis application. Although petitioner did not submit a certificate of funds completed and signed by an authorized officer at the prison, the undersigned is satisfied that petitioner is unable to afford the costs of suit. Accordingly, petitioner's application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file a response to the habeas petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The Clerk of the Court is directed to file the 24-page petition for writ of habeas corpus that was docketed as document #1 in the Central District as a separate document filed in the Eastern District on October 3, 2005; the separately filed petition shall consist solely of the 10-page form petition and the 14-page transcript appended to the petition; the Clerk shall affix this court's case number to the first page of the petition before filing it;

3. Respondent's response to the habeas petition shall be filed and served within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the petition is an answer, petitioner's reply shall be filed and served within thirty days after service of the answer;

5. If the response to the petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply shall be filed and served within fifteen days thereafter; and

6. This order shall be served on the pro se petitioner and on counsel who appeared for respondent in the United States District for the Central District of California; a courtesy copy of the order shall be served on Jo Graves, Senior Assistant Attorney General.

DATED: November 9, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
ladu1995.100